IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Walter,<br><br>    Plaintiff,<br><br>vs.<br><br>Allied Interstate Inc.,<br><br>    Defendant. | No. CV-10-00123-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss Action with Prejudice (Doc. 24) filed on December 3, 2010, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation to Dismiss Action with Prejudice (Doc. 24).

IT IS FURTHER ORDERED directing the Clerk to dismiss this action with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 3rd day of December, 2010.

_____
Neil V. Wake
United States District Judge